# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:22-CR-00561(1)-DB |
| | § | |
| (1) BARBARITA DEL ROSARIO GRAMAJO-LIMA | § | |

## ORDER RESETTING PLEA AND SENTENCE - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PLEA AND SENTENCE - IN PERSON** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Monday, June 06, 2022 at 10:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 3rd day of June, 2022.

_____
DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE